# United States District Court
## Southern District of Georgia

PAUL FRANCIS DUNN, III,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-56
(4:19-cr-193)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 24, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Dunn's 28 U.S.C. § 2255 motion is dismissed. Additionally, Petitioner is denied a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____

August 28, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk